IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-08-123 |
| | | Civil Action No. RDB-16-1279 |
| MAURICE GORDON-BEY, | * | |
| *Petitioner.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

Section 2255 offers relief only to "[a] prisoner in custody." 28 U.S.C. § 2255(a); *see also* 9 A.L.R.3d 462 § 3 ("Since a motion to vacate a sentence under 28 U.S.C.A. § 2255 can be maintained only to attack a sentence under which a prisoner is in custody, the case is moot insofar as a § 2255 proceeding is concerned" where the prisoner has been released from custody). "A prisoner on supervised release is considered to be 'in custody' for purposes of a § 2255 motion." *United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999). Once a prisoner is released from incarceration and is no longer being supervised, his motion no longer presents a live case or controversy and the case becomes moot. *Spencer v. Kemna*, 523 U.S. 1, 7–8 (1998).

In the instant case, when Maurice Gordon-Bey filed his Motion to Vacate (ECF No. 91) on April 28, 2016, he was in federal custody and thus his motion was viable at that time. Since then, however, Gordon-Bey has been released from custody and is no longer subject to supervision. (*See* ECF No. 111.) The Motion to Vacate (ECF No. 91) has therefore become moot and should be dismissed. Accordingly, it is HEREBY ORDERED this 1st day of August, 2024 that Maurice Gordon-Bey's Motion to Vacate (ECF No. 91) is DISMISSED WITHOUT PREJUDICE. Similarly, his Petition for an Order and Directions for the

Government to Show Cause (ECF No. 88), Motion to Appoint Counsel (ECF No. 99), and Motion to Construe Letter Liberally to Permit Review of Sentence (ECF No. 101) are all DENIED AS MOOT.  It is FURTHER ORDERED that the Clerk of Court is instructed to CLOSE Civil Action No. RDB-16-1279.

                                              /s/
                                      Richard D. Bennett
                                      United States Senior District Judge